The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THOMAS FARLEY, an individual,<br><br>                 Plaintiff,<br><br>   v.<br><br>CARL HAGLUND, an individual, COLUMBIA CITY CONDOS - OWAHE, LLC,<br><br>                 Defendants. | NO. 2:14-cv-01824-RSL<br><br>STIPULATED MOTION REGARDING ENTRY OF JUDGMENT AND JUDGMENT<br><br>Noting Date: September 2, 2015<br><br>Clerk's Action Required |

## STIPULATION

It is hereby stipulated and agreed by and among Plaintiff and Defendants Carl Haglund, an individual, and Columbia City Condos – OWAHE, LLC through their respective counsel that Plaintiff's claims, including any claim for attorney's fees and costs, will be resolved in full through entry of final judgment of $60,000 against Defendants.

## JUDGMENT

Having received Defendants' Offer of Judgment, Plaintiff's Notice of Acceptance of Offer of Judgment, Proof of Service of the Same, and the Parties' Stipulation Regarding Entry of Judgment, IT IS ORDERED AND ADJUDGED:

STIPULATED MOTION REGARDING ENTRY OF JUDGMENT AND JUDGMENT - 1
Case No. 2:14-cv-01824-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\268\001 - FARLEY V. COLUMBIA CITY CONDOS\PLEADINGSDISMISSAL

Judgment is granted in favor of Plaintiff in the amount of $60,000, which includes Plaintiff's costs and reasonable attorney's fees.  No further claims or issues remain in this case.

Dated this 3rd day of September, 2015.

*MWS Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

MERRICK, HOFSTEDT & LINDSEY, P.S.

By  /s/ *Sylvia J. Hall*
Thomas R. Merrick, WSBA #10945
tmerrick@mhlseattle.com
Sylvia J. Hall, WSBA #38963
shall@mhlseattle.com
Attorneys for Defendants

MACDONALD HOAGUE & BAYLESS

By  /s/ *Tiffany Cartwright*
Jesse Wing, WSBA# 27751
jessew@mhb.com
Tiffany Cartwright, WSBA#43564
Attorneys for Defendants
tiffanyc@mhb.com

STIPULATED MOTION REGARDING ENTRY OF JUDGMENT AND JUDGMENT - 2
Case No. 2:14-cv-01824-RSL

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\268\001 - FARLEY V. COLUMBIA CITY CONDOS\PLEADINGS\DISMISSAL